No. 222.   WOHLMUTH  v.  ACHESON, SECRETARY OF STATE.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Henry F. Butler* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for respondent.

No. 223.   GOLDBERGER ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Kahl K. Spriggs* for petitioners.   *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 225.   ILLINOIS EX REL. TARRANTO v. BABB, SHERIFF.   Supreme Court of Illinois.   Certiorari denied. *Thomas F. Dolan* for petitioner.

No. 229.   LEFORCE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *Maury Hughes* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 231.   MCGEE ET AL. v. RECONSTRUCTION FINANCE CORPORATION ET AL.   C. A. 5th Cir.   Certiorari denied. *J. A. Amis, Jr.* for Pearce et al., petitioners.   *Acting Solicitor General Stern, Assistant Attorney General Baldridge, Samuel D. Slade* and *Hubert H. Margolies* for the Reconstruction Finance Corporation, respondent.

No. 234.   GULF REFINING Co. v. ATCHISON ET AL. C. A. 5th Cir.   Certiorari denied.   *Archie D. Gray* and *Melvin Evans* for petitioner.   *Warren O. Coleman* for respondents.